# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-cr-01559-H |
| v. | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT FOR DEFENDANT ROGER DESROCHE** |
| ROGER DESROCHE (56), | |
| Defendant, | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed with prejudice only as to Defendant 56 Roger Desroche.

IT IS SO ORDERED.

DATED: December 6, 2022

_____
The Honorable Marilyn L. Huff
United States District Court